Case 5:23-cv-00982-OLG   Document 9   Filed 01/04/24   Page 1 of 1

FILED
January 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CODY LAVON GREEN,** | § | |
| **Plaintiff,** | § § § | |
| v. | § | CIVIL NO. SA: 5:23-CV-00982-OLG |
| **LIGHTNING OILFIELD SERVICES, INC.,** | § § § | |
| **Defendant.** | § | |

### ORDER

On this day, the Court considered the status of the above-styled and numbered action, which Plaintiff initiated on August 9, 2023. (*See* Dkt. No. 1.) The record reflects that service was effected upon Defendant on August 21, 2023, and Defendant's answer was due on September 11, 2023. (*See* Dkt. No. 4.) On December 11, 2023, the Court issued a Show Cause Order in which it noted that Defendant had not filed a responsive pleading or any motion and Plaintiff had not sought entry of default. (Dkt. No. 8.) Plaintiff was instructed to show cause, within fourteen days, why his claims against defendant should not be dismissed for failure to prosecute. (*Id.*) (citing FED. R. CIV. P. 41(b)). As of this date, Plaintiff has failed to respond to the Court's Show Cause Order.

Accordingly, it is hereby **ORDERED** that—pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's December 11, 2023 Show Cause Order—Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

This case is **CLOSED**.

**SIGNED** this 4th day of January, 2024.

_____
ORLANDO L. GARCIA
United States District Judge